IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.
                                          CASE NO.:  1:04CV418-SPM/AK

PHILLIP S. TEPPERBERG,

    Defendant.

_____/

## ORDER DIRECTING PARTIES TO CONFER AND FILE MOTIONS

The Court having ruled on summary judgment that Defendant is liable for the student loans at issue (see doc. 22), the only matter remaining to be determined is the amount of the outstanding obligation. The parties are directed to confer in an effort to resolve this matter and, if the matter cannot be resolved after conference, to file cross-motions for summary judgment no later than September 5, 2005.

SO ORDERED this 18th day of August, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge