IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.
                                    CASE NO.:  1:04CV418-SPM/AK

PHILLIP S. TEPPERBERG,

    Defendant.

_____/

**<u>ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF GOVERNMENT</u>**

Pending before the Court is the Government's Final Motion for Summary Judgment (doc. 24) on the amount of Defendant's outstanding student loan obligation. The Government has provided documentation showing that the amount due as of August 30, 2005 is $88,241.92, with interest accruing thereafter at 6.0 percent per annum, a rate of $14.21 per day. The total amount due as of September 27, 2005 is therefore $88,611.38, which includes $88.241.92 plus interest in the amount of $369.46 that has accrued for 26 days from September 1 through September 26.

Defendant has failed to respond to the Government's Final Motion for Summary Judgment as required under Northern District of Florida Local Rules 56.1 and 7.1(C). Failure to respond is "sufficient cause to grant the motion." N.D. Fla. Loc. R. 7.1(C). In any event, the documentation provided by the

Government establishes the amount due.  Accordingly, it is

ORDERED AND ADJUDGED:

1. The Government's Final Motion for Summary Judgment (doc. 24) is granted.

2. The clerk shall enter judgment in favor of the Plaintiff, United States of America, against the Defendant, Phillip S. Tepperberg, in the amount of $88,611.38, which shall bear interest from the date of entry pursuant to 28 U.S.C. § 1961, for which let execution issue.

DONE AND ORDERED this 27th day of September, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge